# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHRIS H. CAVE, | |
| Plaintiff, | 2:15-cv-00122-JCM-VCF |
| vs. | **ORDER** |
| NATIONAL DEFAULT SERVICING CORPORATION, J.P. MORGAN CHASE BANK, N.A., | |
| Defendants. | |

Before the court is the Discovery Plan and Scheduling Order. (#11).

IT IS HEREBY ORDERED that a hearing on the Discovery Plan and Scheduling Order (#11) is scheduled for 10:00 a.m., March 23, 2015, in courtroom 3D.

Plaintiff Chris Harold Cave's presence is mandatory at the scheduled hearing.

DATED this 16th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE