✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Nevada_____

Chris Harold Cave,

                              Plaintiff,

**JUDGMENT IN A CIVIL CASE**

                V.

National Default Servicing Corporation,

Case Number:  2:15-cv-00122-JCM-VCF

                              Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

this action is hereby dismissed in favor of Defendants and against Plaintiff.

June 22, 2015                                          /s/ Lance S. Wilson
_____          _____
Date                                                      Clerk

                                                       /s/ TR
                                                      _____
                                                       (By) Deputy Clerk