**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| CHRIS HAROLD CAVE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-00122-JCM-VCF<br>**<u>ORDER</u>** |

　　On June 22, 2015, Clerk's Judgment (#33) was entered in favor of Defendants and this case was dismissed.

　　Accordingly,

　　IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Embargo (#39) and Motion to Admit Exhibits (#40) are DENIED.

　　DATED this 6th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE